Charles C. Salas
Name
377 1st St N.
Nampa, Idaho 83687
Address
208 861 8459
Tel.

U.S. COURTS

MAY 31 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Charles C. Salas
Plaintiff,

vs.

Marketsource
Defendant.

Case No. 1:18-cv-241-BLW

**COMPLAINT**
(28 U.S.C. § 1332: Diversity of Citizenship)

Jury Trial Requested  X  yes  ___ no

## 1. JURISDICTION

Jurisdiction in this case is based on diversity of citizenship, meaning both of these statements are true:

☒ This civil action is between citizens of different states (no defendant is a citizen of the state of which I am a citizen).

☒ The amount in controversy (the amount I believe the defendant owes me) is more than $75,000, not including interest and costs.

## 2. PLAINTIFF

My name is Charles Salas. I am a citizen of the State of Idaho, presently residing at 377 1st St N. Nampa Idaho 83687.

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Marketsource**, a citizen of the State of **Georgia**.
   *(a person or entity)*

B. (Factual Basis of Claim) I am complaining that on **1/31/2017**, Defendant
   *(dates)*
   did the following *(state how Defendant participated in the wrongful act and include the reason Defendant so acted if known)*: Deleted my Employment without telling me Informing me I have been An Employee Since Oct 2006. To Dec 31, 2016 was the Last Day Employed I was harassed when at work by them Checking on me even though I was tracked by GPS & The Phone IVR System I worked for several Clients Microsoft, HP, Sharp, Adobe there was no reason to terminate my employment I sacrificed 10 years of weekend work for them. My Pay was 20⁰⁰ hr.
   over →

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of state law: Discrimnation Based on Color & Race Age

D. I allege that I suffered the following injury or damages as a result: Depression, Anxiety, Stress. High Blood pressure

E. I seek the following relief: $250,000⁰⁰ Compensation

Then to 15.00 hr. without them telling me.
I have never missed work with Market saire
Been nothing but an Outstanding Employee.
And never was recognized by the Company
Marketsouree They could of Put me Back on
the HP Program But they didn't I deserved
to be compensated They were not Rightfully
Fair to me. at all, I sacrificed countless
Weekends and covered shifts @ the Last minutes.

I was A dedicated Employee It's A shame
When they Don't recognize an Excellent Employee
When they have one. I don't know how many employees
I outlasted there. I just want my DAy in court
and have the madimit negligence.. I was offered
other Jobs from Different Companies but Didn't want
to leave since I was dedicated to Market souree

—Thank you. Charles Salas

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Fed Court Boise, ID__ on __12-5-17__.
            (Location)                      (Date)

_____
Plaintiff's Original Signature