IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES SALAS,<br><br>                      Plaintiff,<br>v.<br><br>MARKET SOURCE, LLC,<br><br>                      Defendant. | Case No. 1:18-cv-000241-BLW<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

In November 2018, this Court denied Plaintiff Charles Salas' application to proceed in forma pauperis (IFP) and dismissed his complaint with leave to amend. *See Nov. 2, 2018 Order,* Dkt. 4. Salas was given 30 days to amend his IFP filing and his complaint. He was further notified that failure to file an amended pleading would result in automatic dismissal of his complaint without prejudice. *See id*.

On December 3, 2018, Salas filed an amended IFP application (Dkt. 5), but he did not file an amended complaint. Instead, he filed a motion for a 90-day extension of time in which to file a complaint. (Dkt. 6). He did not give any reason for requiring such a lengthy extension. Further, although 90 days has now passed since Salas sought the extension, he still has not filed an amended complaint. The Court will therefore dismiss his complaint without prejudice. Accordingly,

        **IT IS ORDERED that:**

                1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

2. Plaintiff's pending amended IFP application (Dkt. 5) and motion for an extension of time (Dkt. 6) are **DEEMED MOOT.**

DATED: March 4, 2019

B. Lynn Winmill
U.S. District Court Judge